# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW E. JACKSON, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 13-746 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| FRANCES E. JACKSON, | ) | Magistrate Judge Robert C. Mitchell |
| | ) | |
| Defendant. | ) | |

## ORDER

Consistent with Defendant's filing at Doc. 58, the Court has confirmed that Defendant has filed a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code. *See* In re Frances Edith Jackson, 14-72501 (Bankr. N.D.Ga. (Atlanta Div.)). Pursuant to 11 U.S.C. § 362, the claims against Defendant are **STAYED**, and this case is **ADMINISTRATIVELY CLOSED**. Lehman v. Revolution Portfolio L.L.C., 166 F.3d 389, 392 & n.3 (1st Cir. 1999) ("[w]e endorse the judicious use of administrative closings by district courts . . . . to await the lifting of the automatic stay imposed by the Bankruptcy Code"); *accord* Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 128 (3d Cir. 2004) (citing with approval rationale in Lehman).

IT IS SO ORDERED.

November 13, 2014                                    s\Cathy Bissoon
                                                                  Cathy Bissoon
                                                                  United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Matthew E. Jackson, Jr.
339 Little Street
Sewickley, PA 15143

Velma L. Jackson
339 Little Street
Sewickley, PA 15143